**No. 47595.**—Protests 4500–K, etc., of Hudson Steel & Tube Corp. et al. (New York).

Opinion by DALLINGER, J. It was stipulated that the electric generators in question are for use with bicycle lamps and are of the same character as those in *Wedemeyer* v. *United States* (7 Cust. Ct. 141, C. D. 556). In accordance therewith the claim at 30 percent under paragraph 371 was sustained.

**No. 47596.**—Protests 951806–G, etc., of Hudson Steel & Tube Corp. et al. (New York).

Opinion by DALLINGER, J. In accordance with stipulation of counsel that the merchandise consists of bicycle lamps for use with electric generators and that they are of the same character as those passed upon in *Wedemeyer* v. *United States* (7 Cust. Ct. 141, C. D. 556) the claim at 30 percent under paragraph 371 was sustained.

**No. 47597.**—Protests 972701–G, etc., of Hudson Steel & Tube Corp. (New York).

Opinion by DALLINGER, J. In accordance with stipulation of counsel that the merchandise consists of bicycle lamps with or without accompanying electric generators, and that they are of the same character as those the subject of *Wedemeyer* v. *United States* (7 Cust. Ct. 141, C. D. 556), the claim at 30 percent under paragraph 371 was sustained.

**No. 47598.**—Protests 55330–K, etc., of M. Pressner & Co. et al. (New York).

Opinion by DALLINGER, J. Certain of the pencil sharpeners in question were held dutiable as household utensils at 40 percent under paragraph 339 following Abstract 41633, as stipulated between counsel at the trial.

BEFORE THE THIRD DIVISION, SEPTEMBER 24, 1942

**No. 47599.**—Protests 970159–G, etc., of Acierno Bros., Inc., et al. (New York).

Opinion by CLINE, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.